■ In the Matter of LORRAINE KNOLL, Respondent, v JOHN F. KILCHER, Appellant.—Appeal from an order of the Family Court of Albany County (Cheeseman, J.), entered May 16, 1986, which granted petitioner's application to terminate a prior support order.

We agree with Family Court's reasoning in granting the petition. We add only that, contrary to respondent's assertion, the denial by a Justice of this court on May 15, 1985 of petitioner's application to stay enforcement of Family Court's support order of September 21, 1984 pending appeal has no res judicata effect; it did not preclude the later issuance of Family Court's order terminating petitioner's support obligation because the facts underlying the two orders are different.

Order affirmed, without costs. Casey, J. P., Weiss, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.